

## Fourth Court of Appeals
### San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-23-00624-CR

**IN RE** Cesar David **DANIEL RAMON**

Original Proceeding[1]

PER CURIAM

Sitting:     Patricia O. Alvarez, Justice
             Irene Rios, Justice
             Lori I. Valenzuela, Justice

Delivered and Filed: August 30, 2023

PETITION FOR WRIT OF MANDAMUS DENIED

On June 27, 2023, relator filed a petition for writ of mandamus. Relator also filed a motion to stay the underlying proceeding pending final resolution of the petition for writ of mandamus, which this court granted on June 30, 2023.

After considering the petition and this record, this court concludes relator is not entitled to the relief sought. *See In re Sanchez*, No. 04-23-00539-CR, 2023 WL 5274643, at *3-4 (Tex. App.—San Antonio Aug. 16, 2023, orig. proceeding) (denying mandamus petition without prejudice where relators failed to show trial court's denial of their motions for continuance amounted to a violation of due process); *In re Santiago Villalobo*s, No. 04-23-00538-CR, 2023 WL 4750833, at *1 (Tex. App.—San Antonio July 26, 2023, orig. proceeding) (mem. op., not

---

[1] This proceeding arises out of Cause No. 13995CR, styled *State of Texas v. Cesar David Daniel Ramon*, pending in the County Court, Kinney County, Texas, the Honorable Penny Anne Roberts presiding.

designated for publication) (Martinez, C.J., concurring). Accordingly, the petition for writ of mandamus is denied without prejudice. *See* TEX. R. APP. P. 52.8(a). The stay imposed on June 30, 2023 is lifted.

PER CURIAM

DO NOT PUBLISH